# United States District Court
# Western District of North Carolina
# Statesville Division

| Jonathan Bynum, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
|  | ) |  |
| Plaintiff(s), | ) | 5:16-cv-00080-RLV-DSC |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Smith Debnam, Attorney At Law and | ) |  |
| Jeff D. Rogers, Substitute Trustee, | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 27, 2016 Order.

May 27, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court